7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Robert J Keehner and Angela K Keehner
*Debtor*

*Bankruptcy Case No.*
15–61041–abf7

**Progressive Ozark Bank, FSB**
  Plaintiff(s)

*Adversary Case No.*
15–06043–abf

v.

**Robert J Keehner**
**Angela K Keehner**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That judgment is entered in favor of plaintiff and against defendants Robert J. Keehner and Angela K. Keehner, individually, jointly, and as husband and wife in the principal amount of $5021.00, late charges of $46.92, and interest at the rate of 10% from and after May 18, 2015 until the date of judgment, such judgment is nondischargeable pursuant to 11 U.S.C. 523(a)(6).



PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Sharon Greene
  Deputy Clerk

Date of issuance: 11/6/15

Court to serve