7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Robert J Keehner and Angela K Keehner
*Debtor*

*Bankruptcy Case No.*
15–61041–abf7

**Progressive Ozark Bank, FSB**
   Plaintiff(s)

*Adversary Case No.*
15–06043–abf

v.

**Robert J Keehner**
**Angela K Keehner**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That Amended Judgment is hereby entered in accordance with Document #8, entered by the court on 11/9/2015, in favor of plaintiff and against defendants Robert J. Keehner and Angela K. Keehner, individually, jointly, and as husband and wife in the principal amount of $6,350.00, and this Judgment is not dischargeable.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 11/9/15

Court to serve